IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 26 2024
AT____ O'CLOCK____
John M. Domurad Clerk - Plattsburgh

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | |
| | ) | 8:24-CR-295 (MAD) |
| v. | ) **Indictment** | |
| | ) | |
| **STEPHANIE SQUARE, a/k/a STEPH,** | ) Violations: | 8 U.S.C. §§ 1324(a)(1)(A)(i), (a)(1)(A)(v)(I) |
| **DAKOTA MONTOUR a/k/a KAT a/k/a KOTA,** | ) | [Conspiracy to Commit Alien Smuggling] |
| **RAHSONTANOHSTHA DELORMIER a/k/a STORM a/k/a NASTA a/k/a NOSTA a/k/a NOHSTHA,** | ) | 8 U.S.C. § 1324(a)(2)(B), 18 U.S.C. § 2 [Alien Smuggling for Profit] |
| **and JANET TERRANCE,** | ) | 8 U.S.C. §§ 1324(a)(1)(A)(i), (a)(1)(B)(iv), 18 U.S.C. § 2 [Alien Smuggling Resulting in Death] |
| **Defendants.** | ) | |
| | ) 9 Counts | |
| | ) County of Offenses: | Franklin |

## THE GRAND JURY CHARGES:

### COUNT 1
[Conspiracy to Commit Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, DAKOTA MONTOUR a/k/a KAT a/k/a KOTA, RAHSONTANOHSTHA DELORMIER a/k/a STORM a/k/a NASTA a/k/a NOSTA a/k/a NOHSTHA, and JANET TERRANCE,** and others, did conspire to commit alien smuggling by, knowing that persons believed to have the initials F.I., C.I., EL.I. and EV.I. were aliens, did bring or attempt to bring to the United States in any manner whatsoever such persons at a place other than a designated port

of entry and a place other than as designated by the Commissioner, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i) and (a)(1)(A)(v)(I).

## COUNT 2
[Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, DAKOTA MONTOUR a/k/a KAT a/k/a KOTA, RAHSONTANOHSTHA DELORMIER a/k/a STORM a/k/a NASTA a/k/a NOSTA a/k/a NOHSTHA, and JANET TERRANCE**, knowing and in reckless disregard of the fact that an alien believed to have the initials F.I. had not received prior official authorization to come to, enter, and reside in the United States, did attempt to bring and did aid and abet the attempt to bring to the United States, in any manner whatsoever, such alien in violation of Title 8, United States Code, Section 1324(a)(2) and Title 18, United States Code, Section 2(a). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Two was the defendants' first violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

## COUNT 3
[Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, DAKOTA MONTOUR a/k/a KAT a/k/a KOTA, RAHSONTANOHSTHA DELORMIER a/k/a STORM a/k/a NASTA a/k/a NOSTA a/k/a NOHSTHA, and JANET TERRANCE,,** knowing and in reckless disregard of the fact that an alien believed to have the initials C.I. had not received prior official authorization to come to, enter, and reside in the United

States, did attempt to bring and did aid and abet the attempt to bring to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2) and Title 18, United States Code, Section 2(a). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Three was the defendants' second violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

## COUNT 4
[Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, DAKOTA MONTOUR a/k/a KAT a/k/a KOTA, RAHSONTANOHSTHA DELORMIER a/k/a STORM a/k/a NASTA a/k/a NOSTA a/k/a NOHSTHA, and JANET TERRANCE**, knowing and in reckless disregard of the fact that an alien believed to have the initials E.L. had not received prior official authorization to come to, enter, and reside in the United States, did attempt to bring and did aid and abet the attempt to bring to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2) and Title 18, United States Code, Section 2(a). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Four was the defendants' third violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

## COUNT 5
[Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE**

3

a/k/a STEPH, DAKOTA MONTOUR a/k/a KAT a/k/a KOTA, RAHSONTANOHSTHA DELORMIER a/k/a STORM a/k/a NASTA a/k/a NOSTA a/k/a NOHSTHA, and JANET TERRANCE, knowing and in reckless disregard of the fact that an alien believed to have the initials EV.I. had not received prior official authorization to come to, enter, and reside in the United States, did attempt to bring and did aid and abet the attempt to bring to the United States in any manner whatsoever, such alien, in violation of Title 8, United States Code, Section 1324(a)(2) and Title 18, United States Code, Section 2(a). That violation was done for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii). Count Five was the defendants' fourth violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), in violation of Title 8, United States Code, Section 1324(a)(2)(B).

## COUNT 6
[Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, and DAKOTA MONTOUR a/k/a KAT a/k/a KOTA,** knowing that a person believed to have the initials F.I. was an alien, did attempt to bring and did aid and abet the attempt to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry and at a place other than as designated by the Commissioner, , in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and Title 18, United States Code, Section 2(a). That violation resulted in the death of F.I., in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iv).

## COUNT 7
### [Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, and DAKOTA MONTOUR a/k/a KAT a/k/a KOTA,** knowing that a person believed to have the initials C.I. was an alien, did attempt to bring and did aid and abet the attempt to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry or place other than as designated by the Commissioner, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and Title 8, United States Code, Section 2(a). That violation resulted in the death of C.I., in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iv).

## COUNT 8
### [Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, and DAKOTA MONTOUR a/k/a KAT a/k/a KOTA,** knowing that a person believed to have the initials EL.I. was an alien, did attempt to bring and aid and abet the attempt to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry or place other than as designated by the Commissioner, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and Title 8, United States Code, Section 2(a). That violation resulted in the death of EL.I., in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iv).

# COUNT 9
## [Alien Smuggling]

Between on or about March 27, 2023 and on or about March 30, 2023, in Franklin County in the Northern District of New York, and elsewhere, the defendants, **STEPHANIE SQUARE a/k/a STEPH, and DAKOTA MONTOUR a/k/a KAT a/k/a KOTA,** knowing that a person believed to have the initials EV.I. was an alien, did attempt to bring and aid and abet the attempt to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry or place other than as designated by the Commissioner, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and Title 8, United States Code, Section 2(a). That violation resulted in the death of EV.I., in violation of Title 8, United States Code, Section 1324(a)(1)(B)(iv).

Dated: June 26, 2024

A TRUE BILL,

*name redacted

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By: _____
Jeffrey C. Stitt
Assistant United States Attorney
Bar Roll No. 520195

NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
Department of Justice
Criminal Division

By: _____
Jenna E. Reed
Trial Attorney
Department of Justice
Human Rights and Special Prosecution Section
PA Bar Roll No. 309657