

December 22, 2025

Hon. Gary L. Favro
United States Magistrate Judge
14 Durkee Street, Suite 350
Plattsburgh, New York 12901

CLIFTON C. CARDEN, III, ESQ.
315 930 4078

MATTHEW D. DOTZLER, ESQ.
315 930 4079

J. DAVID HAMMOND, ESQ.
315 930 2473

BRIAN N. TEDD, ESQ.
315 930 4069

NICOLAS HURTADO, ESQ.
315 930 4070

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Dec 22 - 2025**

John M. Domurad, Clerk

*Re:* **Character letters for detention hearing**
<u>United States v. Rahsontanohstha Delormier</u>
**Case No.: 8:24-cr-00295**

Dear Judge Favro:

    Mr. Delormier will appear before you on December 23, 2025, at 11:00 am for a detention hearing. I have attached character letters from the following people:

1. Michael Delormier (brother).
2. Tewennine (brother).
3. A. Delormier (cousin).
4. Kaylee Jacco (cousin).
5. Mindy Delormier (mother).

Please let me know if I can provide the Court with any further information.

Sincerely,

CDH Law, PLLC
By: Nicolas Hurtado, Esq.
Nicolas@lawcdh.com
Bar Roll No. 705315

cc:    Jeffrey Stitt, AUSA (by ECF)
        Rahsontanohstha Delormier (by mail)



To Whom It May Concern,

My name is Michael, and I am writing this letter in support of my brother, Rahsontanohstha, who our family lovingly calls Nohstha. I respectfully ask that you consider this letter as a reflection of who my brother truly is beyond his current circumstances.

Nohstha comes from a good and loving family. While he had little to no connection with his father growing up, he was raised by our strong and caring mother who did everything she could to give us a safe and positive childhood. Along with me, our sister Tewenine, and our younger brother Xavier, we were raised with strong family values, respect for others, and a deep connection to our community and culture. Some of my best memories growing up include swimming in the river, fishing, and playing hockey and lacrosse together as a family. These experiences shaped us and created a strong bond between us as siblings.

As an older brother, Nohstha was always someone I looked up to. He was a role model not only to me but to all of his siblings. He is a bright, respectful, and careful person by nature. He has always shown kindness, patience, and a willingness to help those around him. Unfortunately, as he grew older, he began associating with the wrong crowd. This does not reflect who he truly is, but rather a period in his life where poor influences led him down a path that resulted in the situation he is facing today.

Nohstha is also a devoted father. He has a young son who is seven years old and will be turning eight on December 22nd. His son has a form of autism and requires consistent care, structure, emotional support, and the presence of his father. Nohstha plays an important role in his son's life, and his absence has been deeply felt. Children with autism often rely heavily on routine and familiar caregivers, and having his father home would make a meaningful difference in his emotional well-being, development, and sense of stability.

Despite the mistakes he has made, I truly believe that Nohstha is capable of growth, change, and becoming an even better version of himself. He is not defined by this single chapter in his life. He has a strong support system, a family that believes in him, and a powerful motivation to do better, not only for himself, but for his son, his siblings, and his community.

I respectfully ask that you take into consideration Nohstha's background, his character, his role as a father, and the positive influence he has had on our family. Allowing him the opportunity to be home with his family would support rehabilitation, accountability, and healing, rather than further separation.

Thank you for taking the time to read this letter and for considering my perspective.

Sincerely,

Michael Delormier

Character Reference Letter for Rahsontanohstha

My name is Tewennine, and I am writing this letter in support of my brother, Rahsontanohstha. I am honored to speak on his character and the kind of person he truly is.

Rahsontanohstha is one of a kind. He is caring, loyal, dependable, and someone who is always there for the people he loves. Above all else, he has always been my big brother the one who looks out for me, checks in on me, and makes sure I am okay. Growing up, he faced a rocky road, including being diagnosed with diabetes at a young age. Despite the challenges he faced, he remained strong and resilient, never allowing his struggles to define him.

From a young age, I looked up to my brother. I have always admired his strength, his heart, and the way he shows up for others. He has a genuinely kind soul, and people like him are rare. You only come across someone with such a big and sincere heart once in a while, and I am grateful that person is my brother.

Rahsontanohstha is also a devoted father to his 8 year old son. I always knew he would be a good dad because of the patience, care, and love he has always shown to younger children. As a father, he leads with gentleness, understanding, and consistency. He is present in his son's life and takes that responsibility seriously. A child needs his father, and his son needs him just as much as I need my brother.

Rahsontanohstha has always been someone others can depend on, and he continues to grow and learn from life's experiences. I truly believe in his character, his heart, and his commitment to being there for the people who matter most to him.

Thank you for taking the time to consider my words and my support for my brother.

Sincerely,

Tewennine

(Sent by email tewennined@gmail.com)

Dear your Honour

I am writing this letter in support of my cousin Storm (Rahsonnahsta) Delormier. My name is Austin, and I have known Storm all my life. I understand he has made some serious mistakes and I know he was struggling w/ drug use at the time, this is not the Storm I grew up w/ all our lives. I feel like his substance use has effected his judgement and he didnt have a clear mind at all. Storm has always been a honest, kind, give the shirt off his back type of person, ever since I knew him. I have personally seen him show regret + remorse for his actions. I am asking you take his substance use into consideration because this isnt the Storm we know + love. I believe his use got him in with wrong crowd and made horrible decisions, and I know if he was sober he would have never done it.

Thank you for you've time

- Austin delormier

12/21/25

She:kon / Hello,

My name is Kaylee Jacco and I'm writing to you today to help or support your decision making process in regards to my cousin Rahsontanohstha Delormier.

Nohstha as our family all calls him, is the closest thing I have to a brother. Growing up he was the only family member to attend The Akwesasne Freedom School. This school's curriculum is based on Mohawk ceremonies, songs, and ways of life. The most amazing part of this school is the fact that it's entirely immersed in our language. This is what my cousin is a product of, at his core this is who he is and nothing has been more difficult than watching him stray from this path.

I know first hand what going down the wrong path looks like, his story isn't far off from my own. It took me going through addiction and getting into trouble with the law to turn my life around. I believe this is where Rahsontanohstha finds himself now.

Before this all happened he and I were discussing rehab and what getting sober looks like. I'll be 8 years sober this January 2nd, and nothing means more to me than when friends or family reach out to me for help getting started on their recovery journey.

It's infuriating to me how ring leaders in illegal work seek out people in addiction to do their dirty work. Being from Akwesasne is so beautiful, but there's an under belly of smuggling due to the geographical make up. It's disgusting to watch people get rich by taking advantage of our people. People get paid in drugs, underpaid, or sometimes not paid at all. They seek people who are desperate and not in a good way.

I lost my cousin Rahsontanohstha to these kinds of people, the kind that pose themselves as family or friends that'll take you under their wing. I also lost another cousin in this case. Casey Oakes lost his life that night. I was super close to Casey as well. I was one of his pallbearers. I have a chance to help one of these guys. If you look at all the pawns in this case they all have one thing in common. They have addiction issues, that's not a coincidence but intentional.

I'm proud to say today I'm a teacher at The Akwesasne Freedom School today. Rahsontanohstha has a huge role in that. I was motivated to learn my language and send my own kids to the same school he went to. I will see to it personally when my cousin comes home he has a new life waiting for him. My boyfriend and his friends are sober and have a tight knit group who conduct sweat lodge ceremonies regularly.

Thank you for reading our letters of support of his character, him being gone has been so hard on us all. Especially our Grandmother Doreen. We will always do what we can for him, and we can't wait to see what he'll make of himself once he's home

- Kaylee Jacco

Dear Judge for Clinton County,

My son Rahsontanohstha is currently before you regarding a pending court case he was involved in, as his mother I could never explain what it's been like learning the extent of this tragedy. No one ever wants to see their child's name in headlines, or behind bars. The only peace I have is knowing he didn't lose his life as well. I feel it's my role to stand by my son and do all I can to ensure that he comes back to our community and takes his place as the man and father I know he needs to be.

There was a time I didn't have to constantly worry about my son, unfortunately once he got older we saw less and less of him and heard things about the lifestyle he chose. Most concerning was him using drugs and who he was involved with. I felt so helpless at the time but, when I'd ask him he couldn't be honest with me. As a family we watched him lose weight and his looks changed, his light dimmed and he became a shell of himself or who he once was.

Rahsontanohstha has been a severe diabetic since he was just 9 years old, one of the worst things that could have happened to him was alcoholism and addiction. He would often neglect himself and his health would suddenly decline. In 2014 he was hospitalized after he was found unconscious in his apartment, he hadn't been eating or taking his medications and his body just went into diabetic shock. We almost lost him, this I thought would be a wake up call. Little did we know the severity of his addiction.

I highlight these challenges because our family has been impacted by his circumstances and been waiting for him to regain control of his life again. Although this has been a source of pain to us all, we have seen glimpses of him come back to us. Plenty of times he'll return home, distance himself or hide out from people he knows aren't good for him. We'd recognize him again, he'd make sure to spend time with us, his son, cousins, aunties, and grandparents. Rahsontanohstha wants to get it right, he shows us all the time where his heart is.

Despite his struggles, my son has demonstrated moments of strength and resilience. I have seen a desire in him to reclaim his life and contribute positively to our community. Rahsontanohsthas' story will help people, his story is a lot of others also. I've seen people in this community take a second chance and never turn back, with the right support and guidance I know my son will do the same. This experience will be his opportunity for growth and healing.

Thank you for taking the time to read my letter. I appreciate your attention to this matter and the impact you have with our community building.

Sincerely,
Mindy Delormier