# CDH LAW PLLC

**U.S. DISTRICT COURT — N.D. OF N.Y.**

**FILED**

**Dec 23 - 2025**

John M. Domurad, Clerk

CLIFTON C. CARDEN, III, ESQ.
315 930 4078

MATTHEW D. DOTZLER, ESQ.
315 930 4079

J. DAVID HAMMOND, ESQ.
315 930 2473

BRIAN N. TEDD, ESQ.
315 930 4069

NICOLAS HURTADO, ESQ.
315 930 4070

December 23, 2025

Hon. Gary L. Favro
United States Magistrate Judge
14 Durkee Street, Suite 350
Plattsburgh, New York 12901

*Re:* **Character letters for detention hearing**
      *United States v. Rahsontanohstha Delormier*
      **Case No.: 8:24-cr-00295**

Dear Judge Favro:

    Yesterday, I filed five character letters on behalf of Mr. Delormier. Recently, I received three more letters in his support. I have attached character letters from the following people:

1. Doreen Delormier (grandmother).
2. Haylee Jacco (cousin).
3. Fallon David (friend).

Please let me know if I can provide the Court with any further information.

Sincerely,

CDH Law, PLLC
By: Nicolas Hurtado, Esq.
Nicolas@lawcdh.com
Bar Roll No. 705315

cc:    Jeffrey Stitt, AUSA (by MFT and email)
       Rahsontanohstha Delormier (by mail)



Character Reference for Rahsontanohstha Delormier

To Whom It May Concern,

My name is Doreen Delormier, and I am the grandmother of Rahsontanohstha Delormier. I am writing this letter to share my perspective on his character and the role he has played in our family and household.

Rahsontanohstha has lived with me since he was born and has been a consistent source of support in my daily life. He helps me with shoveling snow, yard work, and general upkeep around the home and tasks that have become increasingly difficult for me as I've gotten older. He has always been respectful, dependable, and present when I needed help.

This case has devastated our family, especially me. The emotional toll has been so heavy that I was forced to leave my job at the St. Regis Mohawk Tribe Early Learning Center, a place I deeply cared about and worked at with pride. The stress, grief, and constant worry became overwhelming.

Rahsontanohstha is also a devoted father to his special-needs autistic son. Their bond is incredibly strong. His son adores him and relies on him for emotional support, structure, and comfort. As a grandmother, I have witnessed firsthand how patient, loving, and attentive he is as a parent.

I would also like to note that Rahsontanohstha lives with Type 1 diabetes, a serious medical condition that requires daily management. When he becomes ill, it can escalate quickly and severely affect his health. This is worrisome during his incarceration.

I understand the seriousness of the matter before the Court, but I respectfully ask that Rahsontanohstha be viewed as a whole person not just through the lens of this case. He is a caring family member, a supportive grandson, and a loving father. The pain from this situation has already deeply affected our entire family and community.

Please consider house arrest. I have our home readily available in the event he is allowed to serve this sentence there.

Thank you for taking the time to consider my words.

Respectfully,

Doreen Delormier

177 Saint Regis Road
Hogansburg NY 13655

518-333-6452

Case 8:24-cr-00295-MAD     Document 82     Filed 12/23/25     Page 3 of 6

**Haylee Jacco**
197 St Regis Rd
Akwesasne, NY
518-333-8776

21st December, 2025

**Character Reference for Rahsontanohstha Delormier**

**To Whom It May Concern,**

My name is Haylee Jacco, and I am a cousin of Rahsontanohstha Delormier. I am writing to offer my perspective on his character, his struggles, and the efforts he is making to move forward in a healthier and more responsible way. Growing up he was always there for me.

I believe it is important to be honest in acknowledging that Rahsontanohstha has struggled with substance addiction. Addiction is a serious disease that affects judgment, behavior, and the people closest to the individual. I do not seek to excuse any past mistakes. What I can speak to is the fact that Rahsontanohstha is in recovery and has taken active steps to confront his addiction. Choosing recovery requires accountability, consistency, and a willingness to change, and he is doing that work.

Rahsontanohstha is a father, and his commitment to improving himself is closely tied to his desire to be a stable and present parent. I have seen how deeply he reflects on the consequences of his actions and how seriously he takes the responsibility of rebuilding his life in a way that protects his child's future.

The events that have brought this matter before the Court have had a lasting impact on Rahsontanohstha and on our family. They have prompted serious self-reflection and a clear understanding of how quickly life can change. Since then, I have seen him approach his life with greater awareness, humility, and a genuine effort to make better choices.

Rahsontanohstha should not be viewed solely through a single chapter of his life. He is someone who is actively addressing his addiction, learning from painful consequences, and working toward stability and accountability. I respectfully ask that the Court consider the progress he is making and his capacity for continued rehabilitation when determining how to proceed.

Thank you for your time and consideration.

Respectfully,

Haylee Jacco

To Whom It May Concern,

My name is Fallon David and I am writing this letter on behalf of Rasohtanohstha Delormier, whom I have known for over 10 years. I hope to provide a clear understanding of his character, his gentle nature, and, most importantly, the deep and life-shaping bond he shares with his young son.

Nohstha is a quiet, respectful, and soft-spoken man. He has never been someone who seeks conflict or attention. Those who know him describe him as calm, patient, and thoughtful traits that are especially evident in the way he loves and cares for his son.

His son, now approaching eight years old on December 22, has complex medical and developmental needs. He is autistic and paralyzed on his left side due to complications from a shunt revision, which caused brain bleeds and a stroke when he was only three years old. These traumatic medical events have resulted in lifelong challenges, physically, cognitively, and emotionally. Despite everything this child has endured, one constant source of comfort and stability throughout his life has always been his father.

The bond between them is profound. Nohstha has an extraordinary level of patience and understanding, qualities that are essential for caring for a child with such significant needs. The love he has for his son is immeasurable, and the separation caused by his incarceration has been overwhelmingly painful for both of them.

His son misses him deeply. He asks for him, talks about him, and feels his absence every single day. And while Nohstha desperately wants to see his son, he has chosen not to allow visits not out of lack of love, but from a place of protection. He does not want his son, who already faces so many challenges, to experience the distress of seeing him in these conditions. This decision has weighed heavily on him it is a sacrifice made entirely out of love and concern for his child's emotional well-being.

Adding to these hardships, Nohstha is also severely diabetic. Managing his health has been an ongoing struggle during incarceration, requiring consistent monitoring and care. His medical condition, combined with the emotional strain of being separated from his son, has taken a significant toll on him.

Yet despite these barriers, he remains cooperative, reflective, and committed to becoming a better version of himself. His motivation is simple and genuine, he wants to be there for his son again. He wants to rebuild his life so he can return to the role that means the most to him being a father.

I respectfully ask that you consider not only his character and health, but also the extraordinary bond he shares with his medically fragile son, who desperately misses him. Their relationship is a vital part of this child's emotional support system and restoring that connection would serve both of their well-being.

Thank you for your time and consideration.


Fallon David